PD-1514-14
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 6/2/2015 8:20:28 AM
Accepted 6/2/2015 9:01:32 AM
ABEL ACOSTA
CLERK

NO.  PD-1514-14

| | | |
|---|---|---|
| **STATE OF TEXAS** | § | **IN THE COURT OF** |
| | § | |
| **VS.** | § | **CRIMINAL APPEALS** |
| | § | |
| **RONNIE DABNEY** | § | |

## SECOND MOTION TO EXTEND TIME TO FILE BRIEF

## TO THE HONORABLE JUDGES OF SAID COURT:

Now comes RONNIE DABNEY, appellee in the above styled and numbered cause, and moves for an extension of time of 8 days to file a brief and for good cause shows the following:

1.     This Court granted Appellant's The State of Texas Petition for Discretionary Review.  The brief in support of Appellant's petition was due 30 days thereafter.  See Tex. R. App. Proc. 70.1.  On or about May 1, 2015, Appellee received a notice by electronic filing that **_Appellant's_** (The State of Texas) had not been filed in a timely fashion. This caused confusion to counsel for Appellee as he believed that the State's brief had been rejected for some reason. Accordingly, Appellee's counsel was waiting for Appellant to submit another brief before responding and filing Appellee's brief.  The Court granted an extension to June 1, 2015 to file the brief.  However,

2.     Additionally, Counsel has been unable to complete the brief for the

following reasons:

1.   From March 23, 2015 to April 21, 2015, counsel with the assistance of the Texas Lawyer's Assistance Program entered into an alcohol rehabilitation facility in Austin, Texas.  Counsel was out of the office until April 22, 2015.  After being gone for a month, counsel was way behind.  Counsel has had trial settings and contested hearings since his release from rehab. Additionally, counsel was in trial from May 18, 2015 to May 28, 2015 on a medical malpractice jury trial in the 78th District Court of Wichita County, Texas. The trial required extensive pre-trial preparations.

3.   Counsel filed the brief in the Court of Appeals in Fort Worth and accordingly, has done a great deal of research on the issues before the Court. Counsel is requesting until June 9, 2015 to file the brief on behalf of Appellee.

**WHEREFORE, PREMISES CONSIDERED**, appellant respectfully requests an extension of 8 days, i.e. until June 9, 2015, to file a brief in support of Petition for Discretionary Review.

Respectfully submitted,

Mark Barber, Attorney at Law
900 8th Street, Suite 116
Wichita Falls, TX 76301
Tel: (940) 761-3009
Fax: (940) 761-4060

By:/s/ Mark H. Barber
    Mark H. Barber
    State Bar No. 01708050
    Mbarberlaw@aol.com
    Attorney for RONNIE DABNEY

## CERTIFICATE OF SERVICE

This is to certify that on June 2, 2015, a true and correct copy of the above and foregoing document was served on the District Attorney's Office, Wichita County, Texas, by electronic service through the Electronic Filing Manager.

Mark H. Barber
Mark H. Barber

## CERTIFICATE OF CONFERENCE

This is to certify that on June 2, 2015, I conferred with the Assistant District Attorney who is handling the appeal for the State of Texas and he advised that he is unopposed to this motion.

/s/Mark H. Barber